TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00410-CV

Rockwell International, Inc.; Weyerhaeuser Company, Inc.; and

Diamond Shamrock, Inc., Appellants

v.

Texas Workers' Compensation Commission, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. 95-04877, HONORABLE JOSEPH H. HART, JUDGE PRESIDING 

PER CURIAM

 

 Appellants have filed a motion to dismiss the appeal. The motion is granted. Tex. R. App.
P. 59(a)(1)(B). 

 The appeal is dismissed.

Before Justices Powers, Jones and Kidd

Appeal Dismissed on Appellants' Motion

Filed: August 14, 1997

Do Not Publish